Claude W. Morris, appellant, v. Morris Seiden, appellee.  Gen. No. 30,520.

Action for rent.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925.  Reversed with finding of facts and judgment here against defendant for $100.75.  Opinion filed May 25, 1926.

Austin L. Wyman, for appellant.  No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Robert Swarts and Harry Swarts, trading as Swarts Brothers, appellants, v. Robert G. Scelze, appellee.  Gen. No. 30,545.

Action for goods sold and delivered.  Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Matthew D. Hartigan, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1925.  Reversed with finding of facts and judgment here for $199.50.  Opinion filed May 25, 1926.

Louis Grollman and Alvin E. Stein, for appellants.  No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

United Fig and Date Company, appellee, v. Wakefield Peanut Company, appellant.  Gen. No. 30,579.

Action for breach of contract.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1925.  Affirmed.  Opinion filed May 25, 1926.

Weil, Ward & Adams, for appellant.  Newman, Poppenhusen, Stern & Johnston, for appellee; Henry J. Brandt, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Bernice Kurtz, appellee, v. Maxine Finance Corporation, appellant. Gen. No. 30,588.

Trover for conversion of automobile.  Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1925.  Affirmed.  Opinion filed May 25, 1926.

Isidore Vise, for appellant; Douglas C. Gregg, of counsel.  Fred S. Herzon, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Henry Utpatel and Richard C. Mauer, trading as Utpatel & Mauer, appellees, v. Feliks Olczyk, appellant.  Gen. No. 30,600.

Action for commissions for procuring real estate loan.  Order denying motion to vacate judgment for plaintiffs.  Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1925.  Reversed and remanded.  Opinion filed May 25, 1926.  Rehearing denied June 7, 1926.

Kamfner, Horwitz, Halligan & Daniels, for appellant.  John T. Murray, for appellees.

Mr. Justice Gridley delivered the opinion of the court.